IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JULIUS DUNMORE and ANGELA
FETCHER, on behalf of
themselves and others similarly
situated,

       Plaintiffs,

CASE NO.: 1:05-cv-150-SPM

vs.

THE PROGRESSIVE CORPORATION,
*et al.*,

       Defendants.
_____/

## SECOND ORDER CONSOLIDATING CASES

**THIS CAUSE** comes *sua sponte* before the Court. By order dated November 22, 2005 (doc. 9), the Court granted the parties' motion to consolidate this case (1-05-cv-150-SPM) with case number 1-00-cv-210-MMP (Smith, *et al.*, v. The Progressive, *et al.*), as they share common questions of fact or law. However, case 1-00-cv-210-MMP has also been consolidated into case number 1-03-cv-1519-MMP, which is the lead case for all litigation involving Progressive Corporation's insurance underwriting and rating practices (MDL-1519). Thus, the instant case is properly consolidated with lead case 1-03-cv-1519-MMP.

Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1. Case number 1:05-cv-150-SPM is consolidated into case number 1-03-cv-1519-MMP.

2. Case number **1-03-cv-1519-MMP** is the lead case. The parties shall file all further documents in case number **1-03-cv-1519-MMP** (MDL-1519).

**DONE AND ORDERED** this <u>twenty-first</u> day of December, 2005.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge

/pao